Commonwealth *v.* Griffey, Appellant.

Argued March 21, 1972. *John C. Marston,* Assistant Public Defender, for appellant; *Wayne N. Cordes,* Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Hall, Appellant.

Argued March 24, 1972. *Richard W. Rogers,* with him *Rogers & Smith,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.